

FILED
CLERK, U.S. DISTRICT COURT
OCT 4 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Mario Garcia DEFENDANT(S). | CASE NUMBER 2:11-MJ-01041-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __10/6/11__ , _____ , at __2:30__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__ , in Courtroom __3__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10/4/11__        _____
                          U.S. District Judge/Magistrate Judge